UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS ORTIZ, MICHAEL LEO and TYQUAN WILLIAMS | : | CIVIL NO. 3:19CV00462(JCH) |
| *Plaintiffs* | : | |
| | : | |
| VS. | : | |
| | : | |
| RONALD REMSON (individually and official capacity), PASQUALINO BRUNO, (individually and official capacity); and DEPARTMENT OF TRANSPORTATION | : | |
| *Defendants* | : | June 28, 2019 |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Department of Transportation ("DOT"), Pasqualino Bruno and Ronald Remson,[1] hereby move to dismiss the Plaintiff's Amended Complaint filed on May 9, 2019 (Doc. # 23).

The Amended Complaint should be dismissed in its entirety for the following reasons:

- Count One – 42 U.S.C. § 1983 (Racial Discrimination) against DOT and Bruno and Remson in their official capacities are barred as follows:

    o All claims brought against DOT and the individual Defendants in their official capacities are barred by the Eleventh Amendment;

- Count Two – 42 U.S.C. § 1983 (Hostile Work Environment) against DOT and Bruno and Remson in their official capacities are barred as follows:

    o All claims brought against DOT and the individual Defendants in their official capacities are barred by the Eleventh Amendment;

- Count Three – 42 U.S.C. § 1983 (Retaliation) against DOT and Bruno and Remson in their official capacities are barred as follows:

---

[1] Plaintiffs named Pasqualino Bruno and Ronald Remson as Defendants in both their official and personal capacities. Defendants Bruno and Remson were properly served in their official capacities, but as of the filing of this Motion, they have not been properly served with process in their personal capacities. This memorandum addresses only the claims against Defendants DOT and Defendants Bruno and Remson in their official capacities.

1

- All claims brought against DOT and the individual Defendants in their official capacities are barred by the Eleventh Amendment;

- Count Four – Conn. Gen. Stat. § 31-51q against DOT and Bruno and Remson in their official capacities are barred as follows:

  - All claims brought against DOT and the individual Defendants in their official capacities are barred by the Eleventh Amendment;

- Count Five – Connecticut common law (Spoliation of Evidence) against DOT and Bruno and Remson in their official and individual capacities are barred as follows:

  - All claims brought against DOT and the individual Defendants in their official capacities are barred by the Eleventh Amendment;
  - All claims brought against DOT and the individual Defendants in their official capacities are barred by sovereign immunity

A memorandum of law which more particularly sets forth the grounds for dismissal accompanies this motion.

WHEREFORE, the above-named Defendants respectfully move the Court to dismiss all Five Counts of the Plaintiff's Amended Complaint.

DEFENDANTS,

DEPARTMENT OF TRANSPORTATION, RONALD RENSON, IN HIS OFFICIAL AND PERSONA CAPACITIES, AND PASQUALINO BRUNO, IN HIS OFFICIAL AND PERSONAL CAPACITIES

WILLIAM TONG
ATTORNEY GENERAL

By: _/s/Colleen B. Valentine_____
    Colleen B. Valentine
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT 06141-0120

Tel: (860) 808-5340
Fax.: (860) 808-5383
Federal Bar No. ct28932
Email: Colleen.Valentine@ct.gov

## **CERTIFICATION**

I hereby certify that on June 28, 2019 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:     _/s/Colleen B. Valentine_____
          Colleen B. Valentine
          Assistant Attorney General