UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS ORTIZ, ET AL. | : | |
| | : | |
| VS. | : | NO.   3:19cv462(JCH) |
| | : | |
| RONALD REMSON, ET AL. | : | OCTOBER 26, 2019 |

# MOTION FOR RETURN OF BOND

Plaintiff Luis Ortiz respectfully moves that the Bond for Costs posted by Josephine Miller, Esq., be returned to her.

THE PLAINTIFF LUIS ORTIZ

BY:       /s/   *John R. Williams*
     JOHN R. WILLIAMS
     Federal Bar No. ct00215
     51 Elm Street
     New Haven, CT 06510
     (203) 562-9931
     Fax:  (203) 776-9494
     E-Mail: jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　／s／　　(ct00215)
　　　　　　　　　　　　　　　JOHN R. WILLIAMS